

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE  19801-3036

T 302 552 4200
F 302 552 4295

September 11, 2020

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

    Re:  **Extang Corporation et al. v. Truck Accessories Group, LLC d/b/a/ Leer, Inc.,
         Case No.: 1:19-cv-00923-MN**

Dear Judge Noreika:

      Pursuant to the Scheduling Order entered by this Court on August 26, 2019, as amended on May 26, 2020, this Court is scheduled to hold a Markman hearing regarding Claim Construction on September 24, 2020 (the "Hearing"). Pursuant to Your August 25, 2020 Oral Order, the Court has set aside two (2) hours for the Hearing to be split equally between the Parties to present testimony and/or argument.

      The Parties have conferred and also consulted with chambers regarding whether this hearing should be held in-person or remotely.  Based upon the guidance received, the parties respectfully request to have the Hearing held virtually. The Parties will confer again internally to determine logistics for the virtual Hearing and will notify the Court as soon as possible regarding those plans.

      Should Your Honor have any questions or require anything further, counsel remain available at the convenience of the Court.

                                  Respectfully submitted,

                                  */s/ Geoffrey G. Grivner*

                                  Geoffrey G. Grivner (#4711)

cc:  All Counsel of Record