

| | |
|---|---|
| **Geoffrey G. Grivner**<br>302 552 4207<br>geoffrey.grivner@bipc.com | 919 North Market Street, Suite 990<br>Wilmington, DE  19801-3036<br>T 302 552 4200<br>F 302 552 4295 |

September 18, 2020

**VIA CM/ECF**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

    Re:  Extang Corporation et al. v. Truck Accessories Group, LLC d/b/a/ Leer, Inc., Case No.: 1:19-cv-00923-MN

Dear Judge Noreika:

    Pursuant to Your Honor's oral order (D.I. 70), September 11, 2020, Geoffrey Grivner (Delaware Counsel) and Steven Caloiaro (Lead Counsel) on behalf of the Plaintiffs and Gigi Murphy (Delaware Counsel) and Randy Brown (Lead Counsel) on behalf of the Defendant met and conferred via teleconference to discuss and attempt to narrow terms for claim construction. The call lasted approximately half an hour.  While the parties' discussions and subsequent emails to attempt to agree on certain terms were productive, they failed to yield any substantive agreement on any outstanding claim term.

    Should Your Honor have any questions or require anything further, counsel remain available at the convenience of the Court.

    Respectfully submitted,

    */s/ Geoffrey G. Grivner*

    Geoffrey G. Grivner (#4711)

cc:  All counsel of record via e-filing