IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXTANG CORPORATION, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 19-923 (KAJ) |
| | ) |
| TRUCK ACCESSORIES GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court having heard argument by the parties on summary judgment, and for the reasons stated in the Memorandum Opinions filed today, it is hereby ORDERED as follows:

1. Extang's Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 7,537,264 (D.I. 168) is denied.

2. Extang's Motion for Partial Summary Judgment of Non-Obviousness (D.I. 170) is denied.

3. Extang's Motion for Partial Summary Judgment that the X2T Is Not Prior Art (D.I. 174) is denied.

4. Extang's Motion for Partial Summary Judgment of Willfulness (D.I. 176) is denied.

5. Leer's Motion for Summary Judgment (D.I. 159) is denied to the extent that it seeks judgment that (a) Leer does not literally infringe the '264, '021, and '358 patents, (b) Leer does not willfully infringe any of the Asserted Patents, and (c) the asserted claims of the '264, '021, and '358 patents are invalid.

6. Leer's Motion for Summary Judgment (D.I. 159) is granted to the extent that it seeks judgment that Leer does not infringe any of the Asserted Patents under the doctrine of equivalents.

Kent A. Jordan, Circuit Judge
Sitting by Designation

February 18, 2022
Wilmington, Delaware