

1000 N. West Street, Suite 1500
Wilmington, DE 19801-1054 U.S.A.
(302) 300-3434
Fax (302) 300-3456

www.btlaw.com

Gigi Murphy
Partner
(302) 300-3475
Gigi.Murphy@btlaw.com

February 21, 2022

**VIA CM/ECF and Hand Delivery**
Hon. Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street, Unit 10
Wilmington, DE  19801

      Re:    *Extang Corporation, et al. v. Truck Accessories Group*, LLC C.A. No. 19-923

Dear Judge Jordan:

      In anticipation of the pretrial conference scheduled for April 1, 2022 at 10:00 a.m., the parties are to file the draft pretrial order on March 1, 2022. Pursuant to Your Honor's ¶ 1.e. Trial Management Order (D.I. 147), the parties are also directed to submit with the draft pretrial order designations of the portions of depositions to be offered into evidence and to identify objections that will need to be ruled on before the deposition is read or admitted into evidence at trial. In addition, where there are objections that will need to be resolved, the parties are directed to submit the deposition transcript and a summary of the objections to the Court with the draft pretrial order on March 1, 2022.  A jury trial is scheduled to commence on April 25, 2022. On (D.I. 146).

      In hopes of lessening any burden on the Court in resolving potential disputes related to deposition designations, the parties respectfully request that ¶ 1.e. of the Trial Management Order be modified to allow the parties to bring to the Court's attention any potential disputes concerning testimony by deposition the morning before the day the testimony is to be presented at trial.

      Enclosed for Your Honor's consideration is a jointly stipulated proposed form of order modifying the Trial Management Order. Should the Court wish to discuss this matter, the parties are available at the Court's convenience

      Respectfully submitted,

      */s/ Gigi Murphy*

      Gigi Murphy (No. 5648)

Enclosure
cc:    All Counsel of Record (via e-filing)

Atlanta   Boston   California   Chicago   Delaware   Indiana   Michigan   Minneapolis   New York   Ohio   Raleigh   Salt Lake City   Texas   Washington, D.C.