**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| EXTANG CORPORATION, ET AL.,<br><br>                     Plaintiff,<br><br>v.<br><br>TRUCK ACCESSORIES GROUP, LLC,<br><br>                     Defendant. | C.A. No. 19-923-KAJ<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND PROPOSED ORDER TO MODIFY
THE COURT'S TRIAL MANAGEMENT ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that ¶ 1.e of the Court's Trial Management Order (D.I. 147) regarding deposition designations is modified to allow the parties to bring to the Court's attention any potential disputes concerning testimony by deposition the morning before the day the testimony is to be presented at trial.

Respectfully submitted,

/s/  Geoffrey G. Grivner
Geoffrey G. Grivner (DE Bar No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Tel:  302.552.4207
Facsimile:   302.552.4295
Email: geoffrey.grivner@bipc.com

H. Jonathan Redway (pro hac vice)
DICKINSON WRIGHT PLLC
International Square
1825 Eye Street, N.W., Suite 900
Washington, D.C. 20006
Tel: (202) 659-6946
Facsimile: (844) 670-60009
E-mail: jredway@dickinsonwright.com

/s/  Regina S.E. Murphy
Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, DE  19801
Tel: (302) 300-3434
Fax: (302) 300-3456
Email:  chad.stover@btlaw.com
Email:  gigi.murphy@btlaw.com

D. Randall Brown (*pro hac vice*)
BARNES & THORNBURG LLP
888 S. Harrison Street, Suite 600
Fort Wayne, IN 46802
Tel:  (260) 425-4674
Email:  randy.brown@btlaw.com

*Attorneys for Defendant*

Steven A. Caloiaro (pro hac vice)
Jacqueline Lu (pro hac vice)
DICKINSON WRIGHT PLLC
100 W. Liberty Street
Suite 940
Reno, NV 89523
Tel: (775) 343-7506
Facsimile: (844) 670-60009
E-mail: scaloiaro@dickinsonwright.com
E-mail: jlu@dickinsonwright.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED this _____ day of _____, 2022.


The Honorable Jordan A. Kent
United States Circuit Judge (sitting by designation)